FILED

NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 22 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-10314 |
| Plaintiff - Appellee, | D.C. No. 2:11-cr-00077-RLH |
| v. | |
| PABLO GONZALEZ-MORA, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Nevada
Roger L. Hunt, District Judge, Presiding

Submitted March 12, 2013**

Before:    PREGERSON, REINHARDT, and W. FLETCHER, Circuit Judges.

Pablo Gonzalez-Mora appeals from the district court's judgment and

challenges the 135-month sentence imposed following his guilty-plea conviction

for possession with intent to distribute methamphetamine, in violation of 21 U.S.C.

---

*    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

**    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

§ 841(a)(1), (b)(1)(A)(viii).  We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Gonzalez-Mora contends that his sentence is substantively unreasonable because mitigating factors, including his disadvantaged youth, justified a variance. The district court did not abuse its discretion in imposing Gonzalez-Mora's sentence.  *See Gall v. United States*, 552 U.S. 38, 51 (2007).  In light of the totality of the circumstances and the 18 U.S.C. § 3553(a) sentencing factors, the low-end Guidelines sentence is substantively reasonable.  *See id.*; *see also United States v. Gutierrez-Sanchez*, 587 F.3d 904, 908 (9th Cir. 2009) ("The weight to be given the various factors in a particular case is for the discretion of the district court.").

**AFFIRMED.**